IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**COREI CONETHAN,**   CASE NO. 2:04-cv-397

      **Petitioner,**

v.   **JUDGE GRAHAM**
   **MAGISTRATE JUDGE KEMP**

**JEFFREY WOLFE, Warden,**
      **Respondent.**

## OPINION AND ORDER

On March 10, 2005, the Magistrate Judge issued a *Report and Recommendation* recommending that the petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be dismissed. Petitioner has objected to that recommendation. Petitioner objects to all of the Magistrate Judge's conclusions.

Pursuant to 28 U.S.C. 636(b)(1), this Court has conducted a *de novo* review of those portions of the *Report and Recommendation* objected to by petitioner. For the reasons discussed in the Magistrate Judge's *Report and Recommendation*, the Court overrules petitioner's objections.

The *Report and Recommendation* is hereby **ADOPTED AND AFFIRMED**. This case is **DISMISSED.**

It is so ORDERED.

                                        s/James L. Graham
                                        JAMES L. GRAHAM
                                        United States District Judge

DATE: August 11, 2005